IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-117-FL

| | |
|---|---|
| SHANNON MULLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **SUNSET BEACH'S PARTIAL** |
| | ) **MOTION TO DISMISS** |
| ISAAC KRAMMES, in his | ) |
| individual capacity; and THE | ) |
| TOWN OF SUNSET BEACH, | ) |
| NORTH CAROLINA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendant Town of Sunset Beach respectfully moves the Court for entry of an Order dismissing the Plaintiff's claims for punitive damages against it. As the Defendant Town will explain more fully in the accompanying memorandum of law, municipal corporations are generally immune from punitive damages under both federal law and North Carolina state law.

Accordingly, the Defendant Town of Carolina Beach respectfully contends that its motion should be GRANTED and the Plaintiff's punitive damages claims against the Defendant Town should be DISMISSED WITH PREJUDICE.

This the 7th day of April, 2023.

CROSSLEY McINTOSH COLLIER HANLEY & EDES, PLLC

| | |
|---|---|
| */s/Norwood P. Blanchard, III* | */s/Susan G. Renton* |
| Norwood P. Blanchard, III | Susan G. Renton |
| State Bar No. 26470 | State Bar No. 39181 |
| 5002 Randall Parkway | G. Grady Richardson |
| Wilmington, NC 28403 | State Bar No. 25508 |
| P: 910-762-9711 | Law Offices of G. Grady Richardson, Jr. P.C. |
| F: 910-256-0310 | 1908 Eastwood Rd., Suite 224 |
| norwood@cmclawfirm.com | LUMINA STATION |
| | Wilmington, NC 28403 |
| | P: 910-509-7166 |
| | F: 910-509-7167 |
| | susan@ggrlawoffice.com |

CERTIFICATE OF SERVICE

      I certify that on April 7, 2023, I electronically filed the foregoing MOTION TO DISMISS with the Clerk of the Court using the Court's electronic filing system which will send notification of such filing to all counsel of record in this matter.

Catherine E. Edwards
Victoria L. Hanafin
Edwards Beightol, LLC
1033 Oberlin Rd., Suite 100
Raleigh, NC 27605
cee@eblaw.com
vlh@eblaw.com
*Attorneys for Plaintiff*

Raymond C. Tarlton
Tarlton Law Firm
P.O. Box 91624
Raleigh, NC 27675
ray@tarltonfirm.com
*Attorney for Plaintiff*

Scott D. MacLatchie
Hall Booth Smith, P.C.
11215 North Community House Rd, Ste. 750
Charlotte, NC 28277
smaclatchie@hallboothsmith.com
*Attorney for Defendant Isaac Krammes*

This is the 7th day of April, 2023

                                              /s/Norwood P. Blanchard, III
                                              Norwood P. Blanchard, III