# EXHIBIT B
## Responses to Interrogatories

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:23-cv-117-FL

SHANNON MULLEN,                    )
                                   )
               Plaintiff,          )
                                   )
        v.                         )
                                   )    **RESPONSES TO INTERROGATORIES**
ISAAC KRAMMES, et al.,             )
                                   )
               Defendants.         )
_____  )

PROPOUNDING PARTY:   PLAINTIFF SHANNON MULLEN

RESPONDING PARTY:    DEFENDANT ISAAC KRAMMES

SET NO.:      ONE

1.      Identify your employer as of the time of the acts alleged in Plaintiff's Complaint. Identify all documents that contain this information.

Response: Town of Sunset Beach.  I don't know the identity of all documents reflecting that fact beyond my personnel file which is in the Town's possession.

2.      Identify all individuals and entities for whom you may have been acting as an agent at the time of the acts alleged in Plaintiff's Complaint. Identify all documents that contain this information.

Response: I was acting as an agent of the Town when I first met Plaintiff during a traffic stop and during all subsequent law enforcement related contacts such as complaints about her dogs running loose and a disturbance at Hardee's.  On the occasions that I stopped by her house for a social visit I was acting on my own and not as anyone's agent.

3.      Identify every job that you have held, including the name of your employer, dates employed, position held and reason for leaving.

Response:  This interrogatory is objected to as overly broad and not reasonably limited in scope as to time, and as therefore seeking information that is irrelevant and not proportional to the needs of the case.  Subject to that objection, I have held the following civilian jobs since my honorable discharge from the Marines in 2014:

Black's Tire and Auto, Wilmington, mechanic, 2014-2015. Left for better pay.
Neuwirth Motors, Wilmington, mechanic, 2015-2016. Left for better pay.

Thompson Corder Construction, Wilmington, general laborer and equipment operator, for about 8 months. Left for better pay.
Capital Ford, Wilmington, mechanic, for about 6 months. Left for better pay.
Thompson Corder Construction, Wilmington, general laborer and equipment operator, for about 6 months. Left because of college enrollment.
Food Lion, Wilmington, deli employee for about 3 months. Left due to start of BLET training.
Town of Sunset Beach, police officer, from fall 2019 to fall 2020. Left for better pay.
Town of Southport, police officer, from fall 2020 to June 2021. Terminated.
Brunswick County Public Utilities, mechanic for several months. Terminated.
Springer Energy, Wilmington, mechanic. Currently employed since 2021.

4.      Have you ever been the subject of any complaint and/or discipline by any of your employers? If so, describe the circumstances in detail.

<u>Response</u>:  I am unaware of any complaints, although I was terminated by Southport for conduct unbecoming an officer and from Brunswick County for underperformance.

5.      Identify all of your social media accounts, including the name(s) and/or handle(s) on each account.

<u>Response</u>:  Facebook under my own name.

6.      Identify all previous civil lawsuits or criminal indictments that have been filed against you, including any court-martial or non-judicial punishment proceedings.

<u>Response</u>:  None other than family law matters.

7.      Identify all recordings, documents, text messages, radio transmissions, and electronic communications you or your agents have made regarding the incident described in the Complaint.

<u>Response</u>:  None other than attorney-client communications.

8.      State the total limit of liability of any and all insurance policies providing coverage to you for the allegations in Plaintiff's Complaint and identify any and all insurance policies providing this coverage.

<u>Response</u>:  I am informed and believe the Town carried liability coverage through the Interlocal Risk Financing Fund of North Carolina.  I do not know whether my alleged conduct will be covered under that policy.

9.      Describe all communications you have had with any person on the Board of the Town of Sunset Beach, Sunset Beach Police Department and/or your union regarding the incident described in the Complaint, including the date of such communication.

Response: After execution of a search warrant at Plaintiff's residence I asked Assistant Chief Joe Smith something like, "Did she say anything about me?" Smith responded with something like, "She said things. Is any of it true?" Suspecting Plaintiff had falsely accused me of misconduct, I said, "No." Later on, after this lawsuit was filed, I called Chief Ken Klamar and asked him if the Town would be providing me an attorney. He said he did not know, and we did not discuss the specifics of Plaintiff's allegations.

10.     Describe your separation from the Sunset Beach Police Department, including the date, method, nature and reasons for such separation.

Response: I resigned my position in late 2020 shortly before lateraling to Southport P.D. for better pay and a shorter commute from home.

11.     Identify any and all persons you know of who have any personal knowledge of any of the events referred to in the Complaint in this case.

Response: None other than me and Plaintiff.

12.     State whether you, or your employer, agents, representatives or attorneys are aware of any written or recorded statements made by any party, witness or other person concerning any matter that is the subject of this lawsuit. If so, then describe the statement in detail (written, recorded, taped, etc.), identify (as defined above) each such person given, taking, and ever possessing any such statements.

Response: I am unaware of any.

13.     Please list all training provided to you by Defendant Town at any time.

Response: I am unable to recount all such training without seeing my training records maintained by the Town. I know I received periodic in-house training on a wide variety of topics ranging from use of force to juvenile procedure to legal updates and probably lots of subject matter in between.

14.     Identify all policies, procedures, protocols, guidelines or other like documents that applied to you in your employment with Defendant Town at all times referenced in the Complaint.

Response: I can't think of anything beyond the police department's manual of policies and procedures.

15.     List all facts that support each defense in your Answer to the Complaint.

Response: I am entitled to qualified immunity because my actual conduct did not violate Plaintiff's clearly established constitutional rights. I am entitled to public official immunity because my actual conduct was neither malicious nor corrupt. I am without liability for negligence because Plaintiff was a willing participant in our consensual personal relationship. I

am without liability by operation of law for any alleged wrongdoing taking place more than three years before the Complaint was filed.

Dated: June 2, 2023

/s/Scott D. MacLatchie
Scott D. MacLatchie
North Carolina Bar No. 22824
Hall Booth Smith, P.C.
11215 North Community House Road
Suite 750
Charlotte, North Carolina 28277
Telephone No. (980) 949-7820
smaclatchie@hallboothsmith.com
*Attorney for Defendant Isaac Krammes*

## VERIFICATION

I am a party to this action. I have read the foregoing Responses to Interrogatories, and know the contents thereof, and the same are true of my own knowledge, except to those matters therein stated upon information and belief, and as to those, I believe them to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2023                    _Isaac Trammel_

## CERTIFICATE OF SERVICE

I certify that the foregoing RESPONSES TO INTERROGATORIES were served this date by email delivery to counsel for all parties pursuant to agreement.


Dated: June 23, 2023                    /s/ Scott D. MacLatchie