IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOURTHERN DIVISION
CIVIL ACTION NO. 7:23-CV-117-FL

| | |
|---|---|
| SHANNON MULLEN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ISAAC KRAMMES, in his individual capacity; and THE TOWN OF SUNSET BEACH, NORTH CAROLINA | ) |
| Defendants. | ) |

THIS MATTER is before the Court on the Defendant Town's Motion for Leave to Manually File an exhibit, which Defendant represents to the Court consists of a video recording contained on a USB flash drive. The Court finds good cause exists to allow the manual filing of this audio recording, identified as Exhibit C to the Declaration of Chief Kenneth Klamar and contained on a USB flash drive.

Accordingly, it is hereby ORDERED that the Defendant shall be allowed, pursuant to Local Civil Rule 5.1(f), to manually file a copy of the Declaration of Chief Kenneth Klamar attaching a USB flash drive containing Exhibit C.

SO ORDERED, this the 28th day of February, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge