IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Southern Division)

| | |
|---|---|
| SHANNON MULLEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:23-cv-00117-FL |
| ISAAC KRAMMES, in his individual capacity, and TOWN OF SUNSET BEACH, NORTH CAROLINA, | ) |
| Defendants. | ) |

## NOTICE AND REPORT REGARDING PLAINTIFF'S MOTION TO COMPEL

Pursuant to the Court's March 20, 2024, Order (Dkt. No. 54), Plaintiff hereby notifies the Court that the Parties have reached agreement regarding the materials sought in Plaintiff's Motion to Compel (Dkt. No. 31). Accordingly, Plaintiff respectfully withdraws her Motion to Compel (Dkt. No. 31) and requests the hearing set for 1:00 p.m. on Wednesday, April 10, 2024, be removed from the Court's calendar.

This the 5th day of April, 2024.                    Respectfully submitted,

**EDWARDS BEIGHTOL, LLC**                          **TARLTON LAW PLLC**

  /s/ Catharine E. Edwards                          /s/ Raymond C. Tarlton
Catharine E. Edwards                               Raymond C. Tarlton
NC Bar No. 52705                                   NC Bar No. 38784
Post Office Box 5967                               Post Office Box 91624
Raleigh, North Carolina 27628                      Raleigh, North Carolina 27675
T: (919) 636-5100                                  T: (919) 390-1278
F: (919) 495-6868                                  F: (919) 400-4200
E: cee@eblaw.com                                   E: ray@tarltonfirm.com

*Attorneys for Plaintiff Shannon Mullen*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I served on behalf of the Plaintiff the foregoing **NOTICE AND REPORT REGARDING PLAINTIFF'S MOTION TO COMPEL** on counsel for all parties in this case by filing it with the Court's ECF system.

This the 5th day of April, 2024.

/s/ Catharine E. Edwards
Catharine E. Edwards
N.C. State Bar No.: 52705
cee@eblaw.com
EDWARDS BEIGHTOL, LLC
PO Box 6759
Raleigh, North Carolina 27628
Telephone: 919-636-5100
Facsimile: 919-495-6868