IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-117-FL-KS

| | |
|---|---|
| SHANNON MULLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ISAAC KRAMMES, in his individual ) | |
| capacity, and TOWN OF SUNSET ) | |
| BEACH, NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

This matter is set for hearing on April 10, 2024, to address Plaintiff's motion to compel Defendant Krammes to provide a privilege log. On April 5, 2024, Plaintiff filed a notice informing the court that she was withdrawing her motion to compel as the parties had resolved the discovery dispute. (Notice Pl.'s Mot. Compel [DE #57].)

Accordingly, the court cancels the hearing scheduled for April 10, 2024, and directs the clerk to terminate Plaintiff's motion to compel [DE #31].

This 8th day of April 2024.

_____
KIMBERLY A. SWANK
United States Magistrate Judge