# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# Southern Division

| | |
|---|---|
| SHANNON MULLEN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISAAC KRAMMES, in his ) <br> individual capacity, and ) <br> TOWN OF SUNSET BEACH, ) <br> NORTH CAROLINA, ) <br> ) <br> Defendants. ) | Case No. 7:23-cv-00117-FL |

**ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT TOWN OF SUNSET BEACH , NORTH CAROLINA'S LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS UNDER SEAL**

This matter is before the Court on Plaintiff's Consent Motion for Leave to File Exhibits to Plaintiff's Opposition to Defendant Town of Sunset Beach, North Carolina's Local Civil Rule 56.1 Statement of Material Facts Under Seal ("Motion to Seal") (Dkt. No. 47). Plaintiff's Consent Motion to Seal seeks to seal the following exhibits to her Opposition to Defendant Town's SMF (Dkt. No. 45):

a. Exhibit A, in its entirety, which is comprised entirely of pages from Defendant Isaac Krammes' personnel file (unredacted version at Dkt. No. 47-1; sealed sheet at Dkt. No. 45-1);

b. Exhibit B, in part, which is the deposition of Defendant Town's Fed. R. Civ. P. 30(b)(6) witness, Kenneth Klamar and the parts sought to seal directly reference

Sunset Beach Police Department officers' personnel file (unredacted version at Dkt. No. 47-2; redacted version at Dkt. No. 45-2);

c. Exhibit C, in part, which is the deposition of Plaintiff and which makes reference to personnel information of a former Sunset Beach Police Department officer (unredacted version at Dkt. No. 47-3; redacted version at Dkt. No. 45-3);

d. Exhibit G, in its entirety, which is comprised entirely of pages from the personnel files of Sunset Beach Police Department officers (unredacted version at Dkt. No. 47-4; sealed sheet at Dkt. No. 45-7).

Plaintiff also seeks to seal the redacted statements in her Opposition to Defendant Town's SMF (unredacted version at Dkt. No. 47; redacted version available at Dkt. No. 45) and accompanying Memorandum in Opposition to Defendant Town's Motion for Summary Judgment (unredacted version at Dkt. No. 48; redacted version available at Dkt. No. 46) which cite to and directly reference information contained in those confidential exhibits.

These exhibits are pages from Defendant Isaac Krammes' personnel file and other Sunset Beach Police Department officers' personnel files. Prior to being produced, the pages included in these exhibits were marked "confidential" by Defendant Town's counsel under the Consent Protective Order (Dkt. No. 30). Defendants have also consented to the Motion to Seal. It appearing that good cause exists for the Motion to Seal, it is hereby

ORDERED that Plaintiff's Motion to Seal (Dkt. No. 49) be GRANTED, and it is further

ORDERED that Exhibits A and G to Plaintiff's Opposition to Defendant Town of

Sunset Beach, North Carolina's Local Civil Rule 56.1 Statement of Material Facts (Dkt. Nos. 47-1 and 47-4), be SEALED in their entirety; and it is further

ORDERED that the redacted portions of Exhibits B and C to Plaintiff's Opposition to Defendant Town of Sunset Beach, North Carolina's Local Civil Rule 56.1 Statement of Material Facts (Dkt. Nos. 47-2 and 47-3), which directly refer to confidential information, be SEALED; and it is further

ORDERED that the redacted portions of Plaintiffs' Opposition to Defendant Town of Sunset Beach, North Carolina's Statement of Material Facts (Dkt. No. 47) and accompanying Memorandum in Opposition to Defendant Town of Sunset Beach, North Carolina's Motion for Summary Judgment (Dkt. No. 48) that cite or and directly reference such confidential information be SEALED.

**SO ORDERED.**

This the 18th day of September, 2024.

                                        Louise W. Flanagan
                                        United States District Judge