IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Southern Division)

| | |
|---|---|
| SHANNON MULLEN, <br><br> Plaintiff, <br><br> v. <br><br> ISAAC KRAMMES, in his individual capacity, <br><br> Defendant. | Case No. 7:23-cv-00117-FL |

## NOTICE OF SETTLEMENT

The Parties hereby notify the Court that a settlement has been reached on all of Plaintiff's claims against Defendant Isaac Krammes. Plaintiff anticipates she will file a stipulation of dismissal of all claims against Defendant Isaac Krammes within twenty-one (21) days of today.

This the 12th day of March, 2025.

**EDWARDS BEIGHTOL, LLC**

/s/ Catharine E. Edwards
Catharine E. Edwards
NC Bar No. 52705
Post Office Box 5967
Raleigh, North Carolina 27628
T: (919) 636-5100
cee@eblaw.com

*Attorney for Plaintiff Shannon Mullen*

Respectfully submitted,

**HALL BOOTH SMITH PLLC**

/s/ Scott D. MacLatchie
Scott D. MacLatchie
NC Bar No. 22824
11215 North Community House Rd.
Suite 750
Charlotte, NC 28277
T: (980) 949-7820
smaclatchie@hallboothsmith.com

*Attorney for Defendant Isaac Krammes*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2025, I electronically filed on behalf of the Plaintiffs the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have entered an appearance in this matter.

This the 12th day of March, 2025.
      /s/ Catharine E. Edwards
Catharine E. Edwards
N.C. State Bar No. 52705
Edwards Beightol, LLC
P.O. Box 6759
Raleigh, NC 27628
cee@eblaw.com
Phone: (919) 636-5100